

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|
| 000 | 41-5024 | P D ROBERTS | | | | 03585677 | 26 24 | 00006612 |

DETAIL EARNINGS / GROSS TO NET / LEAVE STATUS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Q 01 | 75299 | 134 | W | 37.59 | 1360.81 | GROSS PAY | 2861.73 | 7800.77 | ANNUAL LEAVE(AL) CAT: | 8.00 |
| 1 | Q 01 | 75299 | 134 | W | 33.10 | 1198.27 | FED TAX R0 | 309.06 | 8883.98 | AL PRIOR YR BAL | 0.04 |
| | | | | L | 8.36 | 302.65 | ST TAX PA M0 | 78.37 | 2149.74 | + AL EARNED YTD | 192.00 |
| INSURANCE INCOME | | | | | | 5.33 | RETIRE 8 | 22.89 | 598.56 | + AL HOL EARNED YTD | 24.00 |
| | | | | | | | MEDICARE | 37.09 | 1017.38 | - AL USED YTD | 232.04 |
| | | | | | | | TSP05 | 143.09 | 3741.03 | = EARNED AL BAL | -16.00 |
| | | | | | | | TSPLG | 66.20 | 1456.40 | + AL ADVANCED | 16.00 |
| | | | | | | | IN5Y5 | 42.15 | 1095.90 | = AVAIL AL BAL | 0.00 |
| | | | | | | | FDVD PRE | 29.62 | 766.04 | AL USED THIS PP | 1.05 |
| | | | | | | | FDVV PRE | 16.88 | 438.22 | SICK LEAVE(SL) CAT: | 4.00 |
| | | | | | | | L0385 | 25.53 | 700.26 | SL PRIOR YR BAL | 40.1 |
| | | | | | | | HP112FAM | 262.60 | 6778.22 | + SL EARNED YTD | 96.00 |
| | | | | | | | SOSEC | 158.59 | 4350.16 | - SL USED YTD | 95.82 |
| | | | | | | | | | | = CURRENT SL BAL | 4.19 |
| | | | | | | | | | | SL USED THIS PP | 7.31 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 0.95 |
| | | | | | | | | | | PP01 TO CURRENT PP | 13.27 |

EARNED A/L NEGATIVE

NET PAY 1669.66   NT BK   USPS RETIREMENT 7334.94

POSTMASTER/MANAGER
39 E PINE ST
MAHANOY CITY PA 17948-9998

12-20-2024
00006612

PAUL D ROBERTS
12 CRYSTAL VIEW LANE
POTTSVILLE PA 17901-8371



| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|
| 000 | 41-5024 | P D ROBERTS | | | 03585677 | 25 24 | 00006853 |

DETAIL EARNINGS / GROSS TO NET / LEAVE STATUS

| HR | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 01 | 75299 | 134 | W | 2900 | 104984 | GROSS PAY | 289611 | 7514614 | ANNUAL LEAVE(AL) CAT: | |
| 1 | 0 01 | 75299 | 134 | W | 3401 | 123266 | FED TAX HQ | 51625 | 857432 | AL PRIOR YR BAL | |
|  |  |  |  | L | 1695 | 61361 | ST TAX PAMB | 7942 | 287137 | + AL EARNED YTD | 18400 |
| INSURANCE INCOME |  |  |  |  |  | 533 | RETIRE 8 | 2817 | 57767 | + AL HOL EARNED YTD | 2400 |
|  |  |  |  |  |  |  | MEDICARE | 3759 | 98129 | - AL USED YTD | 2403 |
|  |  |  |  |  |  |  | TSP05 | 14681 | 459794 | = EARNED AL BAL | -221 |
|  |  |  |  |  |  |  | TSPLG | 6620 | 139020 | + AL ADVANCED | 2401 |
|  |  |  |  |  |  |  | INSYS | 5215 | 165375 | = AVAIL AL BAL | 10 |
|  |  |  |  |  |  |  | FDVD PRE | 2952 | 73832 | AL USED THIS PP | 0 |
|  |  |  |  |  |  |  | FDVV PRE | 1688 | 42133 | SICK LEAVE(SL) CAT: | |
|  |  |  |  |  |  |  | LO385 | 2587 | 67673 | SL PRIOR YR BAL | 520 |
|  |  |  |  |  |  |  | MP112FAM | 26260 | 631532 | + SL EARNED YTD | 885 |
|  |  |  |  |  |  |  | SOSEC | 16073 | 419157 | - SL USED YTD | 750 |
|  |  |  |  |  |  |  |  |  |  | = CURRENT SL BAL | |
|  |  |  |  |  |  |  |  |  |  | SL USED THIS PP | 200 |
|  |  |  |  |  |  |  |  |  |  | LEAVE WITHOUT PAY(LWOP) | |
|  |  |  |  |  |  |  |  |  |  | PAY PERIOD LWOP | 010 |
|  |  |  |  |  |  |  |  |  |  | PP01 TO CURRENT PP | 1232 |

EARNED A/L NEGATIVE  NET PAY 1690.82  NT BK  USPS RETIREMENT 7334.94

POSTMASTER/MANAGER
39 E PINE ST
MAHANOY CITY PA 17948-9998

12-06-2024
00006853

PAUL D ROBERTS
12 CRYSTAL VIEW LANE
POTTSVILLE PA 17901-8371

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 41-5024 | P D ROBERTS | 03585677 | 23 24 | 00007072 |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD / YEAR-TO-DATE | | |
| 2 | Q 01 | 75299 | 134 | W | 34 26 | 1240 26 | GROSS PAY | 2896 11 / 69402 33 | ANNUAL LEAVE(AL) CAT: | 8 00 |
| 1 | Q 01 | 75299 | 134 | W | 34 92 | 1264 15 | FED TAX R0 | 316 25 / 7952 56 | AL PRIOR YR BAL | 0 04 |
| | | | | L | 10 82 | 391 70 | ST TAX PAMO | 79 42 / 1914 02 | + AL EARNED YTD | 168 00 |
| INSURANCE INCOME | | | | | | 5 33 | RETIRE 8 | 23 17 / 529 72 | + AL HOL EARNED YTD | 16 00 |
| | | | | | | | MEDICARE | 37 59 / 905 81 | – AL USED YTD | 224 04 |
| | | | | | | | TSP05 | 144 81 / 3310 75 | = EARNED AL BAL | –40 00 |
| | | | | | | | TSPLG | 66 20 / 1257 80 | + AL ADVANCED | 40 00 |
| | | | | | | | IN5Y5 | 42 15 / 969 45 | = AVAIL AL BAL | 0 00 |
| | | | | | | | FDVD PRE | 29 62 / 677 18 | AL USED THIS PP | 8 00 |
| | | | | | | | FDVV PRE | 16 88 / 387 58 | SICK LEAVE(SL) CAT: | 4 00 |
| | | | | | | | L0385 | 25 87 / 623 47 | SL PRIOR YR BAL | 4 01 |
| | | | | | | | HP112FAM | 262 60 / 5990 42 | + SL EARNED YTD | 84 00 |
| | | | | | | | SOSEC | 160 72 / 3873 12 | – SL USED YTD | 80 39 |
| | | | | | | | | | = CURRENT SL BAL | 7 62 |
| | | | | | | | | | SL USED THIS PP | 2 82 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | PAY PERIOD LWOP | 0 00 |
| | | | | | | | | | PP01 TO CURRENT PP | 10 98 |

EARNED A/L NEGATIVE

NET PAY 1690.83  NT BK

USPS RETIREMENT 7334.94

PS FORM 1223-B, JUNE 1985

POSTMASTER/MANAGER
39 E PINE ST
MAHANOY CITY PA 17948-9998

11-08-2024
00007072

PAUL D ROBERTS
12 CRYSTAL VIEW LANE
POTTSVILLE PA 17901-8371