

FC Compassus, LLC  10 Cadillac Drive Suite 400 Brentwood, TN 37027

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Claudia Roberts | FC Compassus, LLC | 000034636 | 12/02/2024 | 12/08/2024 | 12/13/2024 | |

| | Gross Pay | Pre Tax Deductions | Colleague Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,740.39 | 0.00 | 432.18 | 14.75 | 1,346.41 |
| YTD | 11,486.57 | 0.00 | 2,804.28 | 29.50 | 8,807.71 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday | | | 0 | | 348.08 |
| Mileage - Expense Reimbursem | 12/02/2024 - 12/08/2024 | 108.06 | 0.49 | 52.95 | 154.92 |
| Regular Salary | 12/02/2024 - 12/08/2024 | 40 | 43.5096 | 1,740.39 | 11,138.49 |
| Earnings | | | | 1,793.34 | 11,641.49 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 107.91 | 712.17 |
| Medicare | 25.24 | 166.56 |
| Federal Withholding | 225.98 | 1,443.03 |
| State Tax - PA | 53.43 | 352.64 |
| SUI-Colleague Paid - PA | 1.22 | 8.04 |
| City Tax - HMBRG | 17.40 | 114.84 |
| PA LST - HMBRG | 1.00 | 7.00 |
| Colleague Taxes | 432.18 | 2,804.28 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Short Term Disability | 14.75 | 29.50 |
| Post Tax Deductions | 14.75 | 29.50 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life & ADD (ER) | 1.08 | 2.16 |
| Long Term Disability (ER) | 5.26 | 10.52 |
| Employer Paid Benefits | 6.34 | 12.68 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,740.39 | 11,486.57 |
| Medicare - Taxable Wages | 1,740.39 | 11,486.57 |
| Federal Withholding - Taxable Wages | 1,740.39 | 11,486.57 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off (Prior Balance) Plan | 0 | 0 | 0 |
| Paid Time Off Plan | 3.08 | 0 | 21.56 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Truist | Truist | | | 1,346.41 | USD |



FC Compassus, LLC    10 Cadillac Drive Suite 400 Brentwood, TN 37027

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Claudia Roberts | FC Compassus, LLC | 000034636 | 11/25/2024 | 12/01/2024 | 12/06/2024 | |

| | Gross Pay | Pre Tax Deductions | Colleague Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,740.39 | 0.00 | 432.17 | 14.75 | 1,306.28 |
| YTD | 9,746.18 | 0.00 | 2,372.10 | 14.75 | 7,461.30 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday | 11/25/2024 - 12/01/2024 | 8 | 43.51 | 348.08 | 348.08 |
| Mileage - Expense Reimbursement | 11/25/2024 - 12/01/2024 | 26.13 | 0.49 | 12.81 | 101.97 |
| Regular Salary | 11/25/2024 - 12/01/2024 | 32 | 43.5096 | 1,392.31 | 9,398.10 |
| Earnings | | | | 1,753.20 | 9,848.15 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 107.90 | 604.26 |
| Medicare | 25.24 | 141.32 |
| Federal Withholding | 225.98 | 1,217.05 |
| State Tax - PA | 53.43 | 299.21 |
| SUI-Colleague Paid - PA | 1.22 | 6.82 |
| City Tax - HMBRG | 17.40 | 97.44 |
| PA LST - HMBRG | 1.00 | 6.00 |
| Colleague Taxes | 432.17 | 2,372.10 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Short Term Disability | 14.75 | 14.75 |
| Post Tax Deductions | 14.75 | 14.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life & ADD (ER) | 1.08 | 1.08 |
| Long Term Disability (ER) | 5.26 | 5.26 |
| Employer Paid Benefits | 6.34 | 6.34 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,740.39 | 9,746.18 |
| Medicare - Taxable Wages | 1,740.39 | 9,746.18 |
| Federal Withholding - Taxable Wages | 1,740.39 | 9,746.18 |

### Federal / State

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off (Prior Balance) Plan | 0 | 0 | 0 |
| Paid Time Off Plan | 3.08 | 0 | 18.48 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Truist | Truist | | | 1,306.28 USD |



FC Compassus, LLC    10 Cadillac Drive Suite 400 Brentwood, TN 37027

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Claudia Roberts | FC Compassus, LLC | 000034636 | 11/18/2024 | 11/24/2024 | 11/29/2024 | |

| | Gross Pay | Pre Tax Deductions | Colleague Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,740.39 | 0.00 | 432.16 | 0.00 | 1,370.46 |
| YTD | 8,005.79 | 0.00 | 1,939.93 | 0.00 | 6,155.02 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Mileage - Expense Reimbursement | 11/18/2024 - 11/24/2024 | 127 | 0.49 | 62.23 | 89.16 |
| Regular Salary | 11/18/2024 - 11/24/2024 | 40 | 43.5096 | 1,740.39 | 8,005.79 |
| Earnings | | | | 1,802.62 | 8,094.95 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 107.91 | 496.36 |
| Medicare | 25.23 | 116.08 |
| Federal Withholding | 225.98 | 991.07 |
| State Tax - PA | 53.43 | 245.78 |
| SUI-Colleague Paid - PA | 1.21 | 5.60 |
| City Tax - HMBRG | 17.40 | 80.04 |
| PA LST - HMBRG | 1.00 | 5.00 |
| Colleague Taxes | 432.16 | 1,939.93 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,740.39 | 8,005.79 |
| Medicare - Taxable Wages | 1,740.39 | 8,005.79 |
| Federal Withholding - Taxable Wages | 1,740.39 | 8,005.79 |

### Federal / State

| Marital Status | Single or Married filing separately | |
|---|---|---|
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off (Prior Balance) Plan | 0 | 0 | 0 |
| Paid Time Off Plan | 3.08 | 0 | 15.4 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Truist | Truist | | | 1,370.46 USD |



FC Compassus, LLC    10 Cadillac Drive Suite 400 Brentwood, TN 37027

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Claudia Roberts | FC Compassus, LLC | 000034636 | 11/11/2024 | 11/17/2024 | 11/22/2024 | |

| | Gross Pay | Pre Tax Deductions | Colleague Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,740.39 | 0.00 | 432.17 | 0.00 | 1,335.15 |
| YTD | 6,265.40 | 0.00 | 1,507.77 | 0.00 | 4,784.56 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Mileage - Expense Reimbursem( | 11/11/2024 - 11/17/2024 | 54.94 | 0.49 | 26.93 | 26.93 |
| Regular Salary | 11/11/2024 - 11/17/2024 | 40 | 43.5096 | 1,740.39 | 6,265.40 |
| Earnings | | | | 1,767.32 | 6,292.33 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 107.90 | 388.45 |
| Medicare | 25.24 | 90.85 |
| Federal Withholding | 225.98 | 765.09 |
| State Tax - PA | 53.43 | 192.35 |
| SUI-Colleague Paid - PA | 1.22 | 4.39 |
| City Tax - HMBRG | 17.40 | 62.64 |
| PA LST - HMBRG | 1.00 | 4.00 |
| Colleague Taxes | 432.17 | 1,507.77 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,740.39 | 6,265.40 |
| Medicare - Taxable Wages | 1,740.39 | 6,265.40 |
| Federal Withholding - Taxable Wages | 1,740.39 | 6,265.40 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off (Prior Balance) Plan | 0 | 0 | 0 |
| Paid Time Off Plan | 3.08 | 0 | 12.32 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Truist | Truist | | | 1,335.15 | USD |



FC Compassus, LLC    10 Cadillac Drive Suite 400 Brentwood, TN 37027

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Claudia Roberts | FC Compassus, LLC | 000034636 | 11/04/2024 | 11/10/2024 | 11/15/2024 | |

| | Gross Pay | Pre Tax Deductions | Colleague Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,740.39 | 0.00 | 432.16 | 0.00 | 1,308.23 |
| YTD | 4,525.01 | 0.00 | 1,075.60 | 0.00 | 3,449.41 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Salary | 11/04/2024 - 11/10/2024 | 40 | 43.5096 | 1,740.39 | 4,525.01 |
| Earnings | | | | 1,740.39 | 4,525.01 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 107.90 | 280.55 |
| Medicare | 25.23 | 65.61 |
| Federal Withholding | 225.98 | 539.11 |
| State Tax - PA | 53.43 | 138.92 |
| SUI-Colleague Paid - PA | 1.22 | 3.17 |
| City Tax - HMBRG | 17.40 | 45.24 |
| PA LST - HMBRG | 1.00 | 3.00 |
| Colleague Taxes | 432.16 | 1,075.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,740.39 | 4,525.01 |
| Medicare - Taxable Wages | 1,740.39 | 4,525.01 |
| Federal Withholding - Taxable Wages | 1,740.39 | 4,525.01 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off (Prior Balance) Plan | 0 | 0 | 0 |
| Paid Time Off Plan | 3.08 | 0 | 9.24 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Truist | Truist | | | 1,308.23 USD |



FC Compassus, LLC  10 Cadillac Drive Suite 400 Brentwood, TN 37027

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Claudia Roberts | FC Compassus, LLC | 000034636 | 10/28/2024 | 11/03/2024 | 11/08/2024 | |

| | Gross Pay | Pre Tax Deductions | Colleague Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,740.39 | 0.00 | 432.18 | 0.00 | 1,308.21 |
| YTD | 2,784.62 | 0.00 | 643.44 | 0.00 | 2,141.18 |

| Earnings | | | | | | Colleague Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular Salary | 10/28/2024 - 11/03/2024 | 40 | 43.5096 | 1,740.39 | 2,784.62 | OASDI | 107.91 | 172.65 |
| | | | | | | Medicare | 25.24 | 40.38 |
| | | | | | | Federal Withholding | 225.98 | 313.13 |
| | | | | | | State Tax - PA | 53.43 | 85.49 |
| | | | | | | SUI-Colleague Paid - PA | 1.22 | 1.95 |
| | | | | | | City Tax - HMBRG | 17.40 | 27.84 |
| | | | | | | PA LST - HMBRG | 1.00 | 2.00 |
| Earnings | | | | 1,740.39 | 2,784.62 | Colleague Taxes | 432.18 | 643.44 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,740.39 | 2,784.62 |
| Medicare - Taxable Wages | 1,740.39 | 2,784.62 |
| Federal Withholding - Taxable Wages | 1,740.39 | 2,784.62 |

| Federal | | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Time Off (Prior Balance) Plan | 0 | 0 | 0 |
| Additional Withholding | 0 | | Paid Time Off Plan | 3.08 | 0 | 6.16 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Truist | Truist | | | 1,308.21 USD |



FC Compassus, LLC    10 Cadillac Drive Suite 400 Brentwood, TN 37027

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Claudia Roberts | FC Compassus, LLC | 000034636 | 10/21/2024 | 10/27/2024 | 11/01/2024 | |

| | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,044.23 | 0.00 | 211.26 | 0.00 | 832.97 |
| YTD | 1,044.23 | 0.00 | 211.26 | 0.00 | 832.97 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Salary | 10/23/2024 - 10/27/2024 | 24 | 43.5096 | 1,044.23 | 1,044.23 |
| Earnings | | | | 1,044.23 | 1,044.23 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 64.74 | 64.74 |
| Medicare | 15.14 | 15.14 |
| Federal Withholding | 87.15 | 87.15 |
| State Tax - PA | 32.06 | 32.06 |
| SUI-Colleague Paid - PA | 0.73 | 0.73 |
| City Tax - HMBRG | 10.44 | 10.44 |
| PA LST - HMBRG | 1.00 | 1.00 |
| Colleague Taxes | 211.26 | 211.26 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,044.23 | 1,044.23 |
| Medicare - Taxable Wages | 1,044.23 | 1,044.23 |
| Federal Withholding - Taxable Wages | 1,044.23 | 1,044.23 |

### Federal / State

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off (Prior Balance) Plan | 0 | 0 | 0 |
| Paid Time Off Plan | 3.08 | 0 | 3.08 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Truist | Truist | | | 832.97 | USD |