United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Paul David Roberts  
Claudia Anne Roberts  
    Debtors

Case No. 25-00281-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Mar 10, 2025     Form ID: ntcnfhrg     Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul David Roberts, Claudia Anne Roberts, 12 Crystal View Lane, Pottsville, PA 17901-8371 |
| 5686507 | | Mid Penn Bank, 896 North Rivers Road, Halifax, PA 17032 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 10 2025 18:58:59 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5687498 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 10 2025 18:57:53 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5687981 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 10 2025 18:52:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5686499 | ^ | MEBN | Mar 10 2025 18:40:54 | Apothaker Scian, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5686500 | + | Email/Text: collections@caclfcu.org | Mar 10 2025 18:53:00 | CACL Federal Credit Union, 1800 West Market Street, Pottsville, PA 17901-2002 |
| 5688112 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 10 2025 18:52:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5686501 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2025 18:57:52 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5686502 | + | Email/Text: bankruptcy@cavps.com | Mar 10 2025 18:52:00 | Cavalry SPV I, PO Box 4252, Greenwich, CT 06831-0405 |
| 5686503 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 10 2025 18:52:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 5686504 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2025 18:52:00 | Comenity Bank / Boscov's, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5686505 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 10 2025 18:52:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5686506 | ^ | MEBN | Mar 10 2025 18:41:17 | Hayt, Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 5687549 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2025 18:57:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5686508 | | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Mar 10 2025 18:52:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 5686509 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2025 18:47:17 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 5686510 | | Email/Text: signed.order@pfwattorneys.com | Mar 10 2025 18:52:00 | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5686511 | + | Email/Text: bankruptcynotices@psecu.com | Mar 10 2025 18:53:00 | PSECU, 1500 Elmerton Avenue, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5686512 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2025 18:59:04 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5686513 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 10 2025 18:53:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5686514 | | Email/PDF: clerical@simmassociates.com | Mar 10 2025 18:57:56 | Simm Associates, 800 Pencader Drive, PO Box 7526, Newark, DE 19714-7526 |
| 5686515 | + | Email/Text: bankruptcy@bbandt.com | Mar 10 2025 18:52:00 | Truist Bank, PO Box 85092, 306-40-06-10, Richmond, VA 23285-5092 |
| 5686516 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 10 2025 18:52:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5687550 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Claudia Anne Roberts pmurphy@dplglaw.com kgreene@dplglaw.com |

Paul Donald Murphy-Ahles     on behalf of Debtor 1 Paul David Roberts pmurphy@dplglaw.com  kgreene@dplglaw.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

Paul David Roberts,

    **Debtor 1**

Claudia Anne Roberts,

    **Debtor 2**

Chapter    13

Case No.    5:25−bk−00281−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 10, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: April 17, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 10, 2025 |

ntcnfhrg (08/21)