UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|   PAUL DAVID ROBERTS and | : | |
|   CLAUDIA ANNE ROBERTS, | : | CHAPTER 13 |
|     Debtors | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
|   STANDING CHAPTER 13 TRUSTEE, | : | CASE NO. 5-25-bk-00281-MJC |
|     Movant | : | |
| | : | |
| PAUL DAVID ROBERTS and | : | |
| CLAUDIA ANNE ROBERTS, | : | |
|     Respondents | : | |

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 17th day of July 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to the confirmation of the above-referenced Debtors' Plan for the following reason:

1. Trustee avers that Debtors' Plan cannot be administered due to the lack of the following:

    a. Debtors have not provided Trustee paystubs for the months of January through June 2025.

WHEREFORE, Trustee alleges and avers that Debtors' Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

   a. deny confirmation of Debtors' Plan;
   b. dismiss or convert Debtors' case; and
   c. provide such other relief as is equitable and just.

                Respectfully submitted:

                Jack N. Zaharopoulos
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

      By:   /s/ Agatha R. McHale, Esquire
                Attorney for Trustee

# CERTIFICATE OF SERVICE

       AND NOW, this 17th day of July 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Paul Murphy-Ahles, Esquire  
Dethlefs, Pykosh & Murphy  
2132 Market Street  
Camp Hill, PA 17011

                                                  /s/ Derek M. Strouphauer, Paralegal  
                                                  Office of Jack N. Zaharopoulos  
                                                  Standing Chapter 13 Trustee