UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PAUL DAVID ROBERTS, | : | CHAPTER 13 |
|     CLAUDIA ANNE ROBERTS, | : | |
|        Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|        Movant | : | |
| | : | |
|     vs. | : | |
| | : | |
| PAUL DAVID ROBERTS, | : | |
| CLAUDIA ANNE ROBERTS, | : | |
|        Respondent(s) | : | CASE NO.  5-25-bk-00281-MJC |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, on this 2nd day of September 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about July 17, 2025, be withdrawn as all issues have been resolved.

          Respectfully submitted:

          /s/Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 2nd day of September 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA    17011

                                              /s/Ashley Schott
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee