# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Paul David Roberts, | Chapter 13 |
| **Debtor 1** | |
| Claudia Anne Roberts, | Case No.   5:25–bk–00281–MJC |
| **Debtor 2** | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 28, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated:  September 4, 2025

orcnfpln(05/18)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Paul David Roberts<br>**Debtor 1**<br>Claudia Anne Roberts<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:25-BK-00281-MJC<br><br>Matter: Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, September 10, 2025, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing              Ally Financial c/o AIS Portfolio Services, L    (p)ATLAS ACQUISITIONS LCC
0314-5                                        4515 N Santa Fe Ave. Dept. APS                 492C CEDAR LANE SUITE 442
Case 5:25-bk-00281-MJC                        Oklahoma City, OK 73118-7901                   TEANECK NJ 07666-1713
Middle District of Pennsylvania
Wilkes-Barre
Tue Apr 15 14:01:19 EDT 2025

U.S. Bankruptcy Court                         Ally Financial                                 AmeriCredit Financial Services, Inc. dba GM
Max Rosenn U.S. Courthouse                    AIS Portfolio Services, LLC                    P O Box 183853
197 South Main Street                         4515 N Santa Fe Ave. Dept. APS                 Arlington, TX 76096-3853
Wilkes-Barre, PA 18701-1500                   Oklahoma City, OK 73118-7901


Apothaker Scian                               CACL Federal Credit Union                      Capital One Bank
520 Fellowship Road, Suite C306               1800 West Market Street                        PO Box 30285
PO Box 5496                                   Pottsville, PA 17901-2002                      Salt Lake City, UT 84130-0285
Mount Laurel, NJ 08054-5496


Cavalry SPV I                                 Citizens Bank                                  (p)CITIZENS BANK N A
PO Box 4252                                   1000 Lafayette Boulevard                       ATTN BANKRUPTCY TEAM
Greenwich, CT 06831-0405                      Bridgeport, CT 06604-4725                      ONE CITIZENS BANK WAY
                                                                                             JCA115
                                                                                             JOHNSTON RI 02919-1922


Comenity Bank / Boscov's                      Federal Home Loan Mortgage Corporation, at.    GM Financial
Attn: Bankruptcy Department                   c/o Select Portfolio Servicing, Inc.           PO Box 181145
PO Box 183043                                 P.O. Box 65250                                 Arlington, TX 76096-1145
Columbus, OH 43218-3043                       Salt Lake City UT 84165-0250


Hayt, Hayt & Landau                           LVNV Funding, LLC                              Mid Penn Bank
Two Industrial Way West                       Resurgent Capital Services                     896 North Rivers Road
Eatontown, NJ 07724-2279                      PO Box 10587                                   Halifax, PA 17032
                                              Greenville, SC 29603-0587


Midland Credit Management                     PSECU                                          PSECU
PO Box 2037                                   1500 Elmerton Avenue                           PO Box 67013
Warren, MI 48090-2037                         PO Box 67013                                   HARRISBURG, PA 17106-7013
                                              Harrisburg, PA 17106-7013


(p)PORTFOLIO RECOVERY ASSOCIATES LLC          (p)PRESSLER  FELT & WARSHAW  LLP               Quantum3 Group LLC as agent for
PO BOX 41067                                  7 ENTIN RD                                     Comenity Capital Bank
NORFOLK VA 23541-1067                         PARSIPPANY NJ 07054-5020                       PO Box 788
                                                                                             Kirkland, WA  98083-0788


Resurgent Capital Services                    Select Portfolio Servicing                     Simm Associates
PO Box 10587                                  PO Box 65250                                   800 Pencader Drive
Greenville, SC 29603-0587                     Salt Lake City, UT 84165-0250                  PO Box 7526
                                                                                             Newark, DE 19714-7526


Truist Bank                                   United States Trustee                          Verizon Wireless
PO Box 85092                                  US Courthouse                                  PO Box 25505
306-40-06-10                                  1501 N. 6th St                                 Lehigh Valley, PA 18002-5505
Richmond, VA 23285-5092                       Harrisburg, PA 17102-1104
```

| Claudia Anne Roberts | (p)JACK N ZAHAROPOULOS | Paul David Roberts |
| --- | --- | --- |
| 12 Crystal View Lane | ATTN CHAPTER 13 TRUSTEE | 12 Crystal View Lane |
| Pottsville, PA 17901-8371 | 8125 ADAMS DRIVE SUITE A | Pottsville, PA 17901-8371 |
| | HUMMELSTOWN PA 17036-8625 | |

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Atlas Acquisitions LLC | (d)Atlas Acquisitions LLC | Citizens Bank N.A. |
| --- | --- | --- |
| 492C Cedar Lane, Ste 442 | 492C Cedar Lane, Ste 442 | One Citizens Bank Way |
| Teaneck, NJ 07666 | Teaneck NJ 07666 | Johnston, RI 02919 |
| | | Mailstop JCA 115 |

| Portfolio Recovery Associates | (d)Portfolio Recovery Associates, LLC | Pressler, Felt & Warshaw |
| --- | --- | --- |
| PO Box 41067 | POB 12914 | 7 Entin Road |
| Norfolk, VA 23541 | Norfolk, VA 23541 | Parsippany, NJ 07054-5020 |

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal Home Loan Mortgage Corporation, as

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34